UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Llewellyn C. Manter, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *   CIVIL ACTION NO. |
| | * |
| Seth A. Mclean-Williams and | * |
| | * |
| United States Postal Service, | * |
| | * |
| Defendants | |

**COMPLAINT**

Plaintiff Llewellyn C. Manter complains as follows against Defendants Seth A. Mclean-Williams and United States Postal Service:

**JURISDICTION AND VENUE**

1. This court has original jurisdiction over Plaintiff's claim against the United States Postal Service and against Seth A. Mclean-Williams, who was acting in the course and scope of his employment with the United States Postal Service at the time of the motor vehicle crash that is the subject of this lawsuit, pursuant to 39 U.S.C. section 409.

2. This Court has personal jurisdiction over Defendant Seth A. Mclean-Williams pursuant to Federal Rule of Civil Procedure 4(k) because he is a resident of the State of Maine.

3. This Court has personal jurisdiction over Defendant United States Postal Service pursuant to Federal Rule of Civil Procedure 4(k) and 14 M.R.S. section 704-A(2) because it continuously and systematically transacts postal business in the State of Maine and because the motor vehicle crash that is the subject of this suit occurred in Maine.

4. Venue is appropriate pursuant to 28 U.S.C. section 1391(e)(1) because Defendant Seth A. Mclean-Williams is a resident of the District of Maine; the motor vehicle crash that is

1

the subject of this suit occurred in the District of Maine; and the Plaintiff Llewellyn C. Manter resides in the District of Maine and no real property is involved in this action.

## PARTIES

5. Plaintiff Llewellyn C. Manter (Manter) is a resident of the Town of Pittston, County of Kennebec, State of Maine.

6. Defendant Seth A. Mclean-Williams (Mclean-Williams) is a resident of the City of Waterville, County of Kennebec, State of Maine.

7. Defendant United States Postal Service (USPS) is an agency of the United States Government with offices and mail processing facilities throughout the State of Maine, which does continuous and systematic business in the State of Maine.

## FACTS

8. On or about June 11, 2019, Manter was driving south on Route 27 in Pittston, Maine.

9. Manter had the right-of-way as he proceeded through a "T" intersection with Crocker Road.

10. At around the same time and place, Mclean-Williams was driving a USPS mail truck on Crocker Road.

11. As Manter passed Crocker Road, Mclean-Williams negligently pulled out from Crocker Road into Route 27 and drove into the side of Manter's truck.

12. The crash caused Manter significant and ongoing personal injuries, including but not limited to a neck injury, serious headaches, and traumatic brain injury which has caused significant cognitive, behavioral, emotional and psychological harm.

## COUNT I: NEGLIGENCE-- SETH A. MCLEAN-WILLIAMS

13. Plaintiff hereby incorporates all other paragraphs in this complaint by reference.

14. Mclean-Williams was negligent and caused Manter's injuries because, among other actions and omissions, he failed to yield the right-of-way, failed to keep a proper lookout, and failed to control his vehicle to avoid collision.

15. Mclean-Williams' negligence was a proximate cause of Manter's significant and ongoing personal injuries.

## COUNT II: VICARIOUS LIABILITY-- UNITED STATES POSTAL SERVICE

16. Plaintiff hereby incorporates all other paragraphs in this complaint by reference.

17. At all relevant times, Mclean-Williams was an agent or employee of USPS.

18. At all relevant times, Mclean-Williams was acting in the course and scope of his employment with USPS.

19. USPS is vicariously liable for Mclean-Williams' negligent actions and omissions pursuant to the doctrine of *respondeat superior*.

20. USPS is vicariously liable for Manter's significant and ongoing personal injuries caused by Mclean-Williams while acting in the course and scope of his employment.

WHEREFORE, for the reasons set forth above, Plaintiff Llewellyn C. Manter demands judgment against Defendants Seth A. Mclean-Williams and United States Postal Service for compensatory damages, including past and future medical expenses, lost earnings and earning capacity, emotional distress, pain and suffering, lost enjoyment of life, permanent injury and impairment, punitive damages, interest, costs, and such other and further remedies as this Court deems just and equitable.

Dated:  February 2, 2022                    /s/ Daniel G. Kagan

                                                      Daniel G. Kagan, Esq.
                                                     Maine Bar No. 3843
                                                     KaganService@bermansimmons.com

                                                     /s/ Alicia F. Curtis
                                                     Alicia F. Curtis, Esq.
                                                     Maine Bar No. 10033
                                                     CurtisService@bermansimmons.com


                                                     Berman & Simmons, P.A.
                                                     P.O. Box 961
                                                     Lewiston, ME  04243-0961
                                                     (207) 784-3576
                                                     Attorneys for Llewellyn C. Manter