UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

LLEWELLYN C. MANTER,

    Plaintiff

v.

THE UNITED STATES,

    Defendant

**PLAINTIFF'S MOTION FOR PROTECTION FROM TRIAL**

Plaintiff Llewellyn C. Manter, by and through his attorney Daniel G. Kagan, hereby moves for protection from trial during the dates February 1 through February 17, 2023.

As good cause therefore, Plaintiff states that undersigned counsel Attorney Kagan has made a prior commitment to attend the winter meetings of the American Association for Justice (AAJ), in his capacity as governor to that organization. The AAJ meetings take place from February 1 through February 7, 2023. Following the AAJ meetings, undersigned counsel has scheduled a once-in-a-lifetime type of event in Nevada, with his son who now lives in California. The dates for this event cannot be changed and run through February 15, 2023.

After the event in Nevada, undersigned counsel has committed to travel to Montreal, Canada, for a judicial settlement conference in a wrongful death tort action pending in the Superior Court, Province of Quebec, District of Montreal, NO: 500-17-106887-196. Undersigned counsel represents the Estate in this action. The court in Montreal scheduled the judicial settlement conference for February 17, 2022, and mandated personal attendance by all counsel.

For the reasons stated above, undersigned counsel respectfully requests protection from trial starting February 1 and continuing through February 17, 2023.

Dated: December 21, 2022

_____
Daniel G. Kagan
Maine Bar No. 3843
Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME  04243-0961
(207) 784-3576
Attorney for Plaintiff Llewellyn C. Manter
KaganService@bermansimmons.com

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed Motion for Protection from Trial with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Andrew Lizotte, Esq.

and I hereby certify that on this date, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Dated: December 20, 2022

Daniel G. Kagan, Esq.
Maine Bar No. 3843
Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME  04243-0961
(207) 784-3576
Attorney for Llewellyn Manter